FILED
AUG 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2921-W |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and<br>) 960 - Importation of Cocaine |
| JUAN CARLOS GOMEZ-LOPEZ, | ) (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about August 1, 2008, within the Southern District of California, defendant JUAN CARLOS GOMEZ-LOPEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 23.46 kilograms (51.61 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
8/27/08